PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Brian Warren Kellogg |
| **Docket Number:** | 1:03CR05423-01 |
| **Offender Address:** | Los Angeles County, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/02/2004 |
| **Original Offense:** | 18 USC 1708 & 2, Possession of Stolen Mail and Aiding and Abetting (CLASS D FELONY) |
| **Original Sentence:** | 12 months and 1 day Bureau of Prisons; 36 months TSR; mandatory drug testing; $100 SA |
| **Special Conditions:** | 1) Search and seizure; 2) Provide financial information; 3) Participate in correctional treatment; 4) Participate in a program of testing; 5) Co-payment plan; 6) Participate in an intensive drug abuse program that may include frequent testing. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 12/03/2004 |
| **Assistant U.S. Attorney:** | Marlon Cobar   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Joan Jacob Levie   **Telephone:** (559) 498-8155 |
| **Other Court Action:** | |
| <u>April 19, 2005</u>: | Probation Form 12B, Report of Non-Compliance, submitted due to drug usage. Special condition of 100 hours of community service added. |

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action

**RE:   Brian Warren Kellogg**
    **Docket Number:  1:03CR05423-01 OWW**
    **REPORT OF OFFENDER NON-COMPLIANCE**

less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   NEW LAW VIOLATION**

On January 2, 2006, the defendant was arrested by the Los Angeles County Sheriff's Office, for Possession of a Controlled Substance With a Firearm, Possession of a Controlled Substance For Sale, and Possession of a Firearm, all felonies, in violation of the general condition not to commit another federal, state, or local crime.

**Details of alleged non-compliance:**  The above-referenced matter is pending adjudication and the defendant is currently in the custody of the Los Angeles County Sheriff's Office.

**United States Probation Officer Plan/Justification:**  The defendant is currently being supervised in the Central District of California (CD/CA).  According to the probation office in the CD/CA, the supervisee is in compliance with all other supervision terns and conditions.  The probation officer in the CD/CA will continue monitoring this pending case and recommends no formal Court action until final adjudication.  Further, the CD/CA is recommending that jurisdiction be transferred to the Central District of California.

Respectfully submitted,
/s/ Scott J. Waters
**SCOTT J. WATERS**
**Senior United States Probation Officer**
Telephone:  (559) 499-5726

**DATED:**     February 15, 2006
         Fresno, California
         SJW

**REVIEWED BY:**     /s/ Bruce A. Vasquez
            **Bruce A. Vasquez**
            **Supervising United States Probation Officer**

**RE:   Brian Warren Kellogg**
**Docket Number:  1:03CR05423-01 OWW**
**REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

| | |
|---|---|
| **Feb. 22, 2006** | /s/   OLIVER W. WANGER |
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Marlon Cobar, Assistant United States Attorney
      Joan Jacob Levie, Appointed Counsel

Attachment:  Presentence Report   (Sacramento only)

3

Rev. 04/2005
PROB12A1.MRG